United States Courts
Southern District of Texas
FILED
September 25, 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Criminal No. 4:24-cr-150-S1 |
| § | |
| JOSHUA RAY STEBELTON § | |
| GAYLON WAYNE EMERSON § | |
| SAMUEL LEE SHEFFIELD § | |
| CHRISTOPHER IRVING GRAY § | |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance Resulting in Death and Serious Bodily Injury

From on or about June 15, 2020, continuing through on or about the return of this indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants

JOSHUA RAY STEBELTON
GAYLON WAYNE EMERSON
SAMUEL LEE SHEFFIELD
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to possess with intent to distribute more than 40 grams but less than 400 grams of a mixture or substance containing a

1

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), Schedule II controlled substance.

The death of C.D.S. resulted from the use of said controlled substance defendants distributed.

The death of J.D.G. resulted from the use of said controlled substance defendants distributed.

H.L.H. suffered serious bodily injury from the use of said controlled substance defendants distributed.

In violation of Title 21, United States Code, Section 846, 841(a)(1), 841(b)(1)(B).

## Count Two
Conspiracy to Possess with Intent to Distribute a Controlled Substance

From on or about June 15, 2020, continuing through on or about April 2, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

GAYLON WAYNE EMERSON
and
SAMUEL LEE SHEFFIELD

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846, 841(a)(1), 841(b)(1)(C).

## Count Three
Possession with Intent to Distribute a Controlled Substance Resulting in a Death

On or about November 27, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants

JOSHUA RAY STEBELTON
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 40 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

The death of C.D.S. resulted from the use of said controlled substance defendant distributed.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Four

Possession with Intent to Distribute a Controlled Substance Resulting in a Death

On or about January 5, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants

JOSHUA RAY STEBELTON
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 40 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

The death of J.D.G resulted from the use of said controlled substance defendant distributed.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Five

Possession with Intent to Distribute a Controlled Substance

On or about May 9, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants

JOSHUA RAY STEBELTON
GAYLON WAYNE EMERSON
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 40 grams, that is, approximately 11.07 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Six
Possession with Intent to Distribute a Controlled Substance

On or about May 18, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants

JOSHUA RAY STEBELTON
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 40 grams, that is, approximately 22.8 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Seven
Possession with Intent to Distribute a Controlled Substance

On or about May 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant

JOSHUA RAY STEBELTON
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 40 grams, that is, approximately 24.059 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Eight
Possession with Intent to Distribute a Controlled Substance

On or about May 31, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant

JOSHUA RAY STEBELTON
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 40 grams, that is,

approximately 23.5 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

### Count Nine
Possession with Intent to Distribute a Controlled Substance

On or about June 29, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants

JOSHUA RAY STEBELTON
and
CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 40 grams but less than 400 grams, that is, approximately 55.3 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Ten
Possession with Intent to Distribute a Controlled Substance

On or about August 15, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant

CHRISTOPHER IRVING GRAY

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 40 grams but less than 400 grams, that is, approximately 110 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

*Original Signature on File*
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

*Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney